IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK LEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHUNG'S FAMILY, INC. d/b/a US Beauty Mart, MAE HWA CHUNG, and KOO PIL CHUNG,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:15-CV-04310-LMM |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act ("FLSA"). *See* 29 U.S.C. § 201, *et seq.* This matter is before the Court upon the Joint Motion to Approve Settlement and Submit Proposed Settlement Agreement Under Seal ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action.

The Court has reviewed the Parties' Joint Motion, the Memorandum filed in support thereof, and the Confidential Settlement Agreement and General Release ("Settlement Agreement"). The Court also conducted a telephonic hearing regarding this matter on February 9, 2016. During this hearing, both parties

discussed the disputed issues in the case. In light of these legitimate disputes, the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of this matter. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion as it relates to the approval of the settlement.[1]

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff and Plaintiff's Counsel as described in the Settlement Agreement and ORDERS Defendants to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this 9th day of February, 2016.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not grant the request for the settlement agreement to be filed under seal.