# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-04310-LMM
## Lee v. Chung's Family, Inc. et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 02/09/2016.

TIME COURT COMMENCED: 10:01 A.M.
TIME COURT CONCLUDED: 10:26 A.M.          COURT REPORTER: Montrell Vann
TIME IN COURT: 00:25                      DEPUTY CLERK: Rebecca Bachelor
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tasha Inegbenebor representing Chung's Family, Inc. |
| | Tasha Inegbenebor representing Koo Pil Chung |
| | Tasha Inegbenebor representing Mae Hwa Chung |
| | Brian Kim representing Patrick Lee |
| | Benson Pope representing Chung's Family, Inc. |
| | Benson Pope representing Koo Pil Chung |
| | Benson Pope representing Mae Hwa Chung |
| PROCEEDING CATEGORY: | Telephone Conference (Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | A Telephone Conference was held on the Parties' [12] Joint Motion to Approve Settlement and Submit Proposed Settlement Agreement Under Seal. The Court heard from Plaintiff's and Defendants' counsel regarding the settlement and request to file the agreement under seal. The Court granted in part and denied in part the Parties' motion. The Court GRANTS the Parties' Joint Motion as it relates to the approval of the settlement agreement, and DENIES the Parties' request for the settlement to be filed under seal. The Court requested that Defendants file the settlement agreement on CM/ECF. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |