IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK LEE,<br><br>    Plaintiff,<br><br>v.<br><br>CHUNG'S FAMILY, INC. d/b/a US Beauty Mart, MAE HWA CHUNG, and KOO PIL CHUNG,<br><br>    Defendants. | CIVIL ACTION NO. 1:15-CV-04310-LMM |

## NOTICE OF FILING OF SETTLEMENT AGREEMENT

Defendant Chung's Family, Inc. d/b/a US Beauty Mart, Defendant Mae Hwa Chung, Defendant Koo Pil Chung (the "Defendants") by and through their undersigned counsel, hereby give notice of filing of the Settlement Agreement, attached as Exhibit A, in this matter.

Respectfully submitted this 9th day of February, 2016.

/s/ *Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730
Tasha K. Inegbenebor
Georgia Bar No. 382905
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.

Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Attorneys for Defendants
CHUNG'S FAMILY, INC. d/b/a US
Beauty Mart, MAE HWA CHUNG,
and KOO PIL CHUNG

## **CERTIFICATION**

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, I electronically filed the forgoing **NOTICE OF FILING OF SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

>Brian G. Kim
>Leon & Kim, LLC
>3006 Clairmont Road
>Atlanta, Georgia 30329
>leonandkimllc@gmail.com

>*/s/ Benson E. Pope*
>Benson E. Pope
>Georgia Bar No. 583730

Firmwide:138544324.1 087379.1001